## JOHN R. WILLIAMS
### v.
### HENRY BERTHELET

1808

#### JOURNAL ENTRIES

1. Appearance; rule to declare . . . . . . *Journal, infra,* *p. 135
2. Rule enlarged . . . . . . . . . . . " 143
3. Declaration filed; rule to plead . . . . . . . " 152
4. Jurors . . . . . . . . . . . . . " 222
5. Verdict; motion for new trial . . . . . . . " 223
6. Reasons for new trial filed . . . . . . . " 230
7. Arguments heard . . . . . . . . . . " 236

8. New trial granted . . . . . . . . *Journal, infra,* \*p. 241
9. Jurors . . . . . . . . . . . . . " 309
10. Verdict . . . . . . . . . . . . . " 313
11. Decision on motion to tax costs . . . . . . . " 327

### PAPERS IN FILE

1. Commission to take depositions . . . . . . . .
2. Capias and return . . . . . . . . . . . .
3. Declaration and plea . . . . . . . . . . *Printed in Vol. 2*
4. Commission to take depositions . . . . . . "
5. Depositions of John Jacob Astor and Henry Brevoort, Jr. . . . . . . . . . . . "
6. Fieri facias and return . . . . . . . . . .
7. Statement of accounts (1805–1807) . . . . . . .
8. Statement of accounts (in French) . . . . . . . .